IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Layeni, Folashade W

Printed: 01/06/09

Case Number: 08 B 14778
Judge: Hollis, Pamela S

Filed: 6/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,850.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 10,011.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 14,561.32 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 87.01 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 1,004.30 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 43.97 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 277.00 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 50.29 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 67.74 | 0.00 |
| 11. | Cook County Treasurer | Secured | | No Claim Filed |
| 12. | CB USA | Unsecured | | No Claim Filed |
| 13. | American Express | Unsecured | | No Claim Filed |
| 14. | CB USA | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Chase Receivables | Unsecured | | No Claim Filed |
| 17. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 27,952.63 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Layeni, Folashade W | Case Number:  08 B 14778 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  6/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

